# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 13, 2023
Lyle W. Cayce
Clerk

No. 22-10062

Roslyn Gonzalez, *individually and on behalf of all others similarly situated*,

        *Plaintiff—Appellant*,

*versus*

Blue Cross Blue Shield Association; Health Care Services Corporation, *doing business as* Blue Cross Blue Shield of Texas; United States Office of Personnel Management,

        *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-2149

_____

Before Graves, Willett, and Engelhardt, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 22-10062

IT IS FURTHER ORDERED that each party to bear own costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **May 05, 2023**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**